UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
2015 FEB -2 PM 4:13

CYNTHIA E. MOSES
PLAINTIFF
AGAINST

J.P. MORGAN CHASE BANK
NATIONAL ASSOCIATION
DEFENDANT

COMPLAINT

CV 15-0528

ORIGINAL

JURY TRIAL DEMANDED

GLEESON, J.
BLOOM, M.J.

I CYNTHIA E. MOSES RESIDE AT 114-69 208 STREET, CAMBRIA HEIGHTS, NEW YORK 11411.

J.P. MORGAN CHASE BANK NATIONAL ASSOCIATION HAS A PRINCIPAL PLACE OF BUSINESS AT 3415 VISION DRIVE, COLUMBUS, OHIO 43219-6009.

THE JURISDICTION OF THE COURT IS INVOKED PURSUANT TO VENUE. 28 USC § 1391 (e) AND 28 USC §§ 2671-80

THE COMPLAINT OF THE PLAINTIFF CYNTHIA E. MOSES, RESPECTFULLY SHOWS

AND ALLEGES THAT:

1. THE PLAINTIFF HEREIN IS A RESIDENT OF THE STATE OF NEW YORK. CYNTHIA E. MOSES RESIDES AT 114-69 208 STREET, CAMBRIA HEIGHTS, NEW YORK 11411.

2. THE DEFENDANT HEREIN, J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION HAS A PRINCIPAL PLACE OF BUSINESS AT 3415 VISION DRIVE, COLUMBUS, OHIO 43219-6009. DEFENDANT IS ENGAGED IN THE BUSINESS OF PROVIDING REAL PROPERTY SERVICES TO THE PUBLIC.

3. CYNTHIA E. MOSES, PLAINTIFF DESIRED TO PURCHASE REAL PROPERTY, & THEREFORE PURCHASED THE PROPERTY FROM ANOTHER ENTITY, HEREINAFTER CALLED ALLIANCE MORTGAGE BANKING CORPORATION, LOCATED AT 20 BROADWAY, MASSAPEQUA, NEW YORK 11758.

4. PLAINTIFF & THAT SELLER, ALLIANCE MORTGAGE BANKING CORPORATION, DISCUSSED

THE NEEDS & REQUIREMENTS OF THIS PROJECT AT A MEETING ON NOVEMBER 1, 1991. IT WAS MUTUALLY DECIDED THAT PLAINTIFF WOULD PURCHASE ABOVE-MENTIONED PROPERTY, A SHELL, FOR THE SUM OF ONE THOUSAND SIX HUNDRED NINETY DOLLARS & FIFTY NINE CENTS ($1690.59.) THIS AGREEMENT IS EVIDENCED BY 1) CHECK #391 (2) CERTIFIED COPY OF NOTE, & (3) ASSIGNMENT OF MORTGAGE WITHOUT COVENANT. CERTIFIED

5. THE DEFENDANT, J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THEREFORE HAS NO LEGAL STANDING IN ANY FORECLOSURE CASE AGAINST SAID PROPERTY! THE DEFENDANT PURCHASED BUNDLES OF MORTGAGE ACCOUNTS WHICH ORIGINATED WITH THE SELLER, ALLIANCE MORTGAGE CORPORATION, THEN REPEATEDLY BULLIED, BADGERED, BILLED & COLLECTED MONEY FROM ME ON A

MONTHLY BASIS. YET I DID NOT BORROW ANY MONEY FROM THIS DEFENDANT i.e. J.P. MORGAN CHASE, NATIONAL ASSOCIATION. NO ONE CONNECTED WITH THIS PROPERTY HAS SIGNED ANY CONTRACT WITH THE DEFENDANT! STILL, THIS BIG BANK WAS AGAIN PAID IN FULL, THE MONEY WHICH IT HAD BEEN COLLECTING FROM ME, WHEN THIS HOUSEHOLD QUALIFIED FOR THE OBAMA MAKING HOME AFFORDABLE PROGRAM AS WELL! THE HOUSE IS ALREADY PAID IN FULL! THE BANK IS NOT ONLY DOUBLE-DIPPING BUT IS ALSO ATTEMPTING TO COLLECT MORE MONEY BY FORECLOSING ON A NON-EXISTENT MORTGAGE.

6. TO DATE, DEFENDANT HAS FORCIBLY SEIZED TITLE TO THIS PROPERTY LOCATED AT 114-69 208 STREET, CAMBRIA HEIGHTS, NEW YORK 11411.

THE DEFENDANT HAS REFUSED TO DELIVER TITLE, & FAILED TO DELIVER TITLE. DEFENDANT J.P. MORGAN CHASE, NATIONAL ASSOCIATION HAS RENEGED FROM DELIVERING TITLE DESPITE RECEIVING REPEATED REQUESTS. DEFENDANT J.P. MORGAN CHASE, NATIONAL ASSOCIATION, HAS INSTEAD, REPEATEDLY HARASSED ME THE PLAINTIFF WITH:

1) MORE THAN ONE THOUSAND UNNECESSARY & UNWARRANTED TELEPHONE CALLS WHICH SOMETIMES COME IN AT NIGHTS, & EVEN AT 12:53 IN THE NIGHT, THEREBY INTERRUPTING MY SLEEP & ALSO DISREGARDING THE LAWS OF FAIR DEBT COLLECTION PRACTISES & LAWS OF COMMERCE.

2) UNNECESSARY LETTERS TO HARASS ME!

3) THE DEFENDANT HAS DISPATCHED INTERLOPERS, INVESTORS, DEVELOPERS &

EVEN SINISTER LAND-GRABBERS, TO DO DAILY SHAKEDOWNS AT MY LOCATION! THE INTERLOPERS LURK MENACINGLY ALONG THE PERIPHERY OF MY SPACE, THEY WALK AROUND IN MY BACKYARD EVEN AT NIGHTS, TRESPASS ON MY FRONT LAWN, OPEN MY GATE & WALK IN TO BANG ON MY FRONT DOOR & ALSO MY SIDE DOOR. THEY CIRCLE MY BLOCK IN CARS & ON FOOT, TO EXAMINE MY SPOT! ONE OF THE MEN WAS EVEN STEALTHILY LURKING IN THE DARK WINTER NIGHT, IN AMBUSH MODE, TAKING PICTURES OF ME! THAT MAN HAS BEEN STALKING ME IN A BLACK TUNDRA TOWTRUCK, LICENSE #15347TT, SINCE APRIL 1, 2013. ARE ANY OF THESE MEN PROFESSIONAL KIDNAPPERS? DEFENDANT IS GUILTY OF OTHER FORECLOSURE ABUSES! AS THEY TRY

TO RAILROAD & BULLY ME OUT OF THE BUILDING, THEY ALSO DISPATCH THREE SEPARATE BIG TRUCKS & A FLEET OF TOW-TRUCKS TO CHASE ME OUT!

BY REASON OF THE FACTS & CIRCUMSTANCES STATED ABOVE, AS WELL AS OTHER FACTS, THIS ROBOSIGNING BULLY OF A BANK, THE DEFENDANT, J.P. MORGAN CHASE, NATIONAL ASSOCIATION, IS GUILTY OF:

(1) HARASSMENT, CRIMINAL MISCHIEF & VANDALISM

(2) DISCRIMINATION & INTIMIDATION

3) RACIAL PROFILING & INCITING A RIOT

4) ATTEMPTING TO COLLECT A DEBT NOT OWED

5) UNFAIR TRADING & ABUSIVE PRACTICES

6) FALSE ADVERTISING & DECEPTIVE

TRADE PRACTICES

7) VIOLATION OF CONTRACT (i.e. OBAMA MAKING HOME AFFORDABLE PROGRAM)

8) VIOLATION OF CIVIL RIGHTS

9) VIOLATION OF CONSTITUTIONAL RIGHTS

10) VIOLATION OF HUMAN RIGHTS.

THE AFOREMENTIONED FACTS & CIRCUMSTANCES WERE SO THREATENINGLY DANGEROUS & VOLATILE, THAT THEY CAPTURED THE ATTENTION OF NEIGHBORS & OTHER RESIDENTS IN THE VICINITY, WHO ALSO TAPED THESE ACTS! PLAINTIFF IS DAMAGED BY THE DEFENDANT IN THE SUM OF TEN MILLION DOLLARS PLUS INTEREST ($10,000,000.00) FROM MARCH 23, 1996 TO PRESENT, AS PLAINTIFF HAS NO CONTRACT WITH THIS DEFENDANT, NOR DOES

ANY OTHER PERSON CONNECTED WITH THIS PROPERTY!

AND DESPITE THE FACT THAT THE "ORIGINAL OBLIGATION WAS DISCHARGED," AS IS STATED ON SEVERAL OF THEIR HARASSMENT LETTERS, SENT BY THE DEFENDANT TO PLAINTIFF, THE BANK HAS REFUSED TO QUIET & SURRENDER TITLE & IS STILL TRYING TO COLLECT ON A DEBT NOT OWED. THE BANK IS IN FACT OPERATING AS A BLOOD-SUCKING VAMPIRE, PERCHED ON A TREADMILL OF DECEPTIONS & LIES, AS IS EVIDENCED BY THE FRAUDULENT FORECLOSURE FORWARDED AGAINST THIS PROPERTY (AT 114-69 208 STREET, CAMBRIA HEIGHTS, NEW YORK 11411) BY THE DEFENDANT

THAT FORECLOSURE IS FRAUDULENT & IS BUT AN ATTEMPT TO STEAL A HOME PURCHASED WITH LEGAL TENDER, THROUGH SWEAT EQUITY! THEIR ACTS IMPERIL LIVES OF LAW-ABIDING RESIDENTS!

PLAINTIFF'S PHYSICAL, PSYCHOLOGICAL HEALTH & WELL-BEING IS BEING COMPROMISED & DAMAGED DUE TO THEIR CONSTANT DAILY HARASSMENT INFLICTED ON THIS HOUSEHOLD BY THE BANK

WHEREFORE PLAINTIFF DEMANDS JUDGEMENT IN THE SUM OF TEN MILLION DOLLARS ($10,000,000.00) FOR PUNITIVE DAMAGES, PLUS INTEREST FROM MARCH 23, 1996 TO PRESENT, COSTS & DISBURSEMENT, TOGETHER WITH ANY OTHER RELIEF WHICH THE COURT FINDS TO BE JUST & PROPER.

~~JANUARY 23, 15.~~ c.m (718) 468-8402.
FEBRUARY 2, 15
Cynthia E. Moses